MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Defendants ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MORENO,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTERT RIVAS, an individual sued only in his individual capacity; RICARDO D. "RICK" RIVAS, an individual; the CALIFORNIA STATE ASSEMBLY, a governmental entity of the State of California; and DOES ONE through TEN, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MATTHEW SEGAL IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a) [FEDERAL QUESTION]** |

SEGAL DECL ISO NOTICE OF REMOVAL               -1-

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

150552790.2 0080652-00002

I, Matthew D. Segal, declare:

1. I am a member of the Bar of the State of California and a partner in the law firm Stoel Rives LLP, counsel for Defendants ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS (collectively, "Rivas Defendants") in this matter. I submit this declaration in support of Rivas Defendants' Notice of Removal of Action Under 28 U.S.C. §§ 1331, 1367, 1441, 1446. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Based on the register of actions in the civil action currently pending in the Superior Court of the State of California, in and for the county of Sacramento, entitled *Cynthia Moreno v. Robert Rivas, et al.*, Case No. 25CV020775 (the "State Action"), Plaintiff filed a First Amended Complaint (the "FAC") on or about September 3, 2025. Attached hereto as **Exhibits 1 and 2** are true and correct copies of Plaintiff's Summons and FAC.

3. On September 4, 2025, counsel for Plaintiff sent a Notice and Acknowledgement of Receipt (the "NAR") to counsel for Defendant Rick Rivas, along with a copy of the Summons and FAC. The NAR was executed and returned on September 24, 2025. Attached hereto as **Exhibit 3** is a true and correct copy of the executed NAR.

4. On September 4, 2025, counsel for Plaintiff sent a Notice and Acknowledgement of Receipt (the "NAR") to counsel for Defendant Robert Rivas, along with a copy of the Summons and FAC. The NAR was executed and returned on September 24, 2025. Attached hereto as **Exhibit 4** is a true and correct copy of the executed NAR.

5. Attached hereto as **Exhibits 5 through 8** are all other documents that have been filed to date in the State Action.

   **Exhibit 5**  Civil Case Cover Shet

   **Exhibit 6**  [original] Complaint

   **Exhibit 7**  Notice of Case Assignment and Case Management Conference

   **Exhibit 8**  Proof of Service of Summons on the California State Assembly

6. Rivas Defendants were not served with the original Complaint.

///

7. Proofs of service of the Notice to the Sacramento County Superior Court Clerk of Removal to Federal Court in the Eastern District of California and the Notice to the Adverse Party of Removal to Federal Court will be filed with this Court shortly after the State Action filing and service upon the adverse party are accomplished. Attached hereto as **Exhibit 9** is a true and correct copy of the Notice to the State Court of Removal to Federal Court to be filed with the Sacramento County Superior Court.

8. As of the time of this filing, there is no evidence of service, including Proof of Personal Service or Notice and Acknowledgement of Receipt, of the FAC on any DOES.

9. The FAC was served on the California State Assembly on September 24, 2025.

10. The California State Assembly consents to removal of the State Action to Federal Court in the Eastern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 3, 2025, at Sacramento, California.

*/s/ Matthew D. Segal*
MATTHEW D. SEGAL