

United States District Court
Eastern District of California

| Cynthia Moreno |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-02866-DC-SCR |
| --- |

V.

| Robert Rivas, et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Rachel C. Lee hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Robert Rivas and Rick Rivas

On ____08/16/2010____ (date), I was admitted to practice and presently in good standing in the
_____Oregon_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____10/09/2025____        Signature of Applicant: /s/ ____Rachel C. Lee____

**Pro Hac Vice Attorney**

Applicant's Name: Rachel C. Lee

Law Firm Name: Stoel Rives LLP

Address: 760 SW Ninth Avenue, Ste. 3000

City: Portland   State: OR   Zip: 97205

Phone Number w/Area Code: (503) 224-3380

City and State of Residence: Portland, Oregon

Primary E-mail Address: rachel.lee@stoel.com

Secondary E-mail Address: shelby.bennett@stoel.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew D. Segal / Michelle J. Rosales

Law Firm Name: Stoel Rives LLP

Address: 500 Capitol Mall, Ste. 1600

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 447-0700   Bar # 190938 / 343519

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2025

Dena Coggins
United States District Judge