MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

SCOTT M. MALZAHN, Bar No. 229204
smalzahn@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA  90071
Telephone:    424.652.7800
Facsimile:     424.652.7850

*Attorneys for Defendants ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS*

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MORENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTERT RIVAS, an individual sued only in his individual capacity; RICARDO D. "RICK" RIVAS, an individual; the CALIFORNIA STATE ASSEMBLY, a governmental entity of the State of California; and DOES ONE through TEN, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:25-cv-02866-DC-SCR<br><br>**DEFENDANTS ROBERT RIVAS AND RICK RIVAS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY**<br><br>DATE:　　February 19, 2026<br>TIME:　　10:00 am<br>DEPT.:　　Courtroom 27, 8th Floor<br>Magistrate Judge Sean C. Riordan |

RIVAS DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY　　　-1-　　　Case No. 2:25-CV-02866-DC-SCR

151517865.3 0080652-00002

1  RACHEL C. LEE (*admitted pro hac vice*)
   rachel.lee@stoel.com
2  STOEL RIVES LLP
   760 SW Ninth Avenue, Suite 3000
3  Portland, OR  97205
   Tel:    503.224.3380
4  Fax:    503.220.2480

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

RIVAS DEFENDANTS' NOTICE OF
MOTION AND MOTION TO STAY        -2-        Case No. 2:25-CV-02866-DC-SCR
DISCOVERY
151517865.3 0080652-00002

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26(c) and Local Rule 251, on February 19, 2026, at 10:00 am, or as soon thereafter as the matter may be heard, before the Honorable Magistrate Judge Sean C. Riordan in Courtroom 27, of the United States District Court, for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Defendants Robert Rivas ("Speaker Rivas") and Rick Rivas (together, the "Rivas Defendants") move to stay all discovery until 30 days after a ruling on the pending dispositive motions, namely the Rivas Defendants' Motion to Dismiss (Dkt. 8), Defendant California State Assembly's Motion to Dismiss (Dkt. 10), and Defendants' joint anti-SLAPP Motion to Strike (Dkt. 11).

This Motion is made pursuant to Federal Rule of Civil Procedure 26(c) on the grounds that a stay of discovery is warranted because (1) the Motions to Dismiss and Motion to Strike raise dispositive, threshold challenges to Plaintiff's First Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b) and California Code of Civil Procedure Section 425.16(e) and will potentially dispose of all of Plaintiff's federal and state claims as a matter of law for reasons that include, but are not limited to, Speaker Rivas' entitlement to qualified immunity on all federal claims, Plaintiff's failure to comply with the California Government Claims Act before commencing this action, and fatal defects in Plaintiff's Racketeer Influenced and Corrupt Organizations Act claims; (2) discovery is not required to decide the pending Motions to Dismiss and Motion to Strike; and (3) proceeding with discovery before the Court decides the pending Motions to Dismiss and Motion to Strike would impose significant, unnecessary burdens on the parties, the Court, and the public.

The Rivas Defendants' Motion is based on this Notice of Motion and Motion, the forthcoming Joint Statement to be filed jointly by the Parties, any declarations filed therewith in

/ / /

/ / /

/ / /

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

RIVAS DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY

-3-

Case No. 2:25-CV-02866-DC-SCR

151517865.3 0080652-00002

1  support of this Motion, all pleadings and papers on matter in this action, and any other matter
2  properly brought before the Court.

3  DATED: January 14, 2026                    STOEL RIVES LLP

   */s/ Matthew D. Segal*
   MATTHEW D. SEGAL, Bar No. 190938
   matthew.segal@stoel.com
   RACHEL C. LEE (*admitted pro hac vice*)
   rachel.lee@stoel.com
   BRYAN L. HAWKINS, Bar No. 238346
   bryan.hawkins@stoel.com
   MICHELLE J. ROSALES, Bar No. 343519
   michelle.rosales@stoel.com

   WAYMAKER LLP
   SCOTT M. MALZAHN, Bar No. 229204
   smalzahn@waymakerlaw.com

   *Attorneys for Defendants ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS*