1  Alden J. Parker (SBN 196808)
   E-Mail: aparker@fisherphillips.com
2  David B. Witkin (SBN 344145)
   E-Mail: dwitkin@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 2400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Brian A. Bobb (SBN 250594)
   E-Mail: brian.bobb@legislativecounsel.ca.gov
7  Cara L. Jenkins (SBN 271432)
   E-Mail: cara.jenkins@legislativecounsel.ca.gov
8  California Office of Legislative Counsel
   1021 O Street, Suite 3210
9  Sacramento, California 95814
   Telephone: (916) 341-8000
10
   Attorneys for Defendant
11 CALIFORNIA STATE ASSEMBLY

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | CYNTHIA MORENO,                          | CASE NO.: 2:25-cv-02866-DC-SCR
16 |        Plaintiff,                         | *[Originally filed in Sacramento Superior Court, Case No. 25CV020775]*
17 |    v.
18 | ROBERTERT RIVAS, an individual sued only in his individual capacity; RICARDO D. | **DEFENDANT CALIFORNIA STATE ASSEMBLY'S NOTICE OF MOTION AND MOTION TO STAY DISCOVERY**
19 | "RICK" RIVAS, an individual; the CALIFORNIA STATE ASSEMBLY, a
20 | governmental entity of the State of California; and DOES ONE through TEN, INCLUSIVE, | DATE: February 19, 2026
21 |                                           | TIME: 10:00 a.m.
   |        Defendants.                        | COURTROOM.: 27
22 |                                           | Magistrate Judge Sean C. Riordan
23 |                                           |
24 |                                           | Notice of Removal Filed: October 3, 2025
   |                                           | FAC Filed: September 3, 2025
25 |                                           | Complaint Filed: September 2, 2025
   |                                           | Trial Date: Not Yet Set
26

27

28

                                              1
DEFENDANT CALIFORNIA STATE ASSEMBLY'S NOTICE OF MOTION AND
                        MOTION TO STAY DISCOVERY
FP 61259852.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure 26(c) and Local Rule 251, on February 19, 2026, at 10:00 am, or as soon thereafter as the matter may be heard, before the Honorable Magistrate Judge Sean C. Riordan in Courtroom 27, of the United States District Court, for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Defendant the California State Assembly (the "Assembly") will and hereby does move to stay all discovery until 30 days after a ruling on the pending dispositive motions, namely the Rivas Defendants' Motion to Dismiss (ECF No. 8), Defendant California State Assembly's Motion to Dismiss (ECF No. 10), and Defendants' joint anti-SLAPP Motion to Strike (ECF No. 11). This motion is made pursuant to pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule No. 251 on the following grounds:

A stay of discovery is warranted because (1) the Motions to Dismiss and Motion to Strike raise dispositive, threshold challenges to Plaintiff's First Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) and California Code of Civil Procedure Section 425.16(e) and will potentially dispose of all of Plaintiff's claims against the Assembly as a matter of law for reasons that include, but are not limited to, Plaintiff's failure to comply with the California Government Claims Act before commencing this action; (2) discovery is not required to decide the pending Motions to Dismiss and Motion to Strike; and (3) proceeding with discovery before the Court decides the pending Motions to Dismiss and Motion to Strike would impose significant, unnecessary burdens on the parties, the Court, and the public.

///
///
///
///
///
///
///
///

1    This Motion is based on this Notice, the Memorandum of Points and Authorities attached
2    hereto, the forthcoming Joint Statement to be filed jointly by the Parties, any declarations filed
3    therewith, all papers previously filed in this matter, and on such other and further evidence which
4    may be presented at the time of the hearing.

Dated: February 2, 2026                    FISHER & PHILLIPS LLP


                                           By: */s/ David B. Witkin*
                                               Alden J. Parker
                                               David B. Witkin

                                               Attorneys for Defendant
                                               CALIFORNIA STATE ASSEMBLY

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Sacramento, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 621 Capitol Mall, Suite 2400, Sacramento, California 95814.

On September 30, 2025, I served the following document entitled **DEFENDANT CALIFORNIA STATE ASSEMBLY'S NOTICE OF MOTION AND MOTION TO STAY DISCOVERY** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Ognian Gavrilov<br>Justin C. Pfeiffer<br>Michael H. Raichelson<br>GAVRILOV & BROOKS, PC<br>2315 Capitol Ave.<br>Sacramento, CA 95816 | *Attorneys for Plaintiff*<br>CYNTHIA MORENO<br><br>Emails: ognian@gavrilovlaw.com<br>jpfeiffer@gavrilovlaw.com<br>mraichelson@gavrilovlaw.com |
| Matthew D. Segal<br>Bryan L. Hawkins<br>Michelle J. Rosales<br>STOEL RIVES LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814 | *Attorneys for Defendants*<br>ROBERT RIVAS, ERRONEOUSLY SUED AS "ROBERTERT," AND RICK RIVAS<br><br>Emails: matthew.segal@stoel.com<br>bryan.hawkins@stoel.com<br>michelle.rosales@stoel.com |
| Scott M. Malzahn<br>Kevin M. Casey<br>WAYMAKER LLP<br>515 S. Flower Street, Suite 3500<br>Los Angeles, CA 90071 | *Attorneys for Defendants*<br>ROBERT RIVAS, ERRONEOUSLY SUED AS "ROBERTERT," AND RICK RIVAS<br><br>Emails: smalzahn@waymakerlaw.com<br>kcasey@waymakerlaw.com |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on February 2, 2026, at Sacramento, California.

_____
Shelby R. Kerner