Ognian Gavrilov (SBN 258583)
Justin C. Pfeiffer (SBN 248306)
Michael H. Raichelson (SBN 174607)
**GAVRILOV & BROOKS, PC**
2315 Capitol Avenue
Sacramento, CA 95816
[Tel.] (916) 504-0529
[Fax] (916) 473-5870
Email: ognian@gavrilovlaw.com
Email: jpfeiffer@gavrilovlaw.com
Email: mraichelson@gavrilovlaw.com

*ATTORNEYS FOR PLAINTIFF*
*CYNTHIA MORENO*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA MORENO,<br><br>     *Plaintiff*,<br><br>    v.<br><br>ROBERT RIVAS, an individual sued only in his individual capacity; RICARDO D. "RICK" RIVAS, an individual; and the CALIFORNIA STATE ASSEMBLY, a governmental entity of the State of California,<br><br>    *Defendants*. | Case No. 2:25-cv-02866-DC-SCR<br><br>**PLAINTIFF'S NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Notice of Removal Filed: October 3, 2025<br>FAC Filed: September 3, 2025<br>Compl. Filed: September 2, 2025<br>Trial Date: Not Yet Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Plaintiff CYNTHIA MORENO, by and through undersigned counsel, filed an unopposed request to file documents under seal. Undersigned submitted the unopposed request to seal, proposed order, and the covered documents to the appropriate Magistrate Judge's proposed orders e-mail box listed on the Court's website.

-1-

**PLAINTIFF'S NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL**

The documents are unrelated to the Defendants or the accusations against them. Rather, the documents respond to a concern by Defendants' counsel regarding Plaintiff's counsel, which is based on a court order relating to him that is a matter of public record. The documents Plaintiff seeks to file under seal are addressed to that concern, which relates to conduct by Plaintiff's counsel and third parties that occurred years ago and did not involve Defendants or the allegations against them. Defendants advise that they are indifferent to whether these documents are filed under seal and therefore do not oppose Plaintiff's request to seal.

Due to the principles of comity owed opposing counsel in representation of the Assembly, an instrumentality of a sovereign, undersigned counsel deferred the threshold inquiry of relevance to the Court. In Plaintiff's view, even if the Court's threshold inquiry determines the documents are relevant, investigative privileges would sufficiently outweigh the appropriate weight of the presumption of access, particularly in the context of a discovery-related dispute. The documents concern international prosecutorial cooperation, novel investigative techniques, methods and procedures respecting international capture orders for public corruption of a sufficiently high level to compromise National Central Bureau secrecy, and informants that are unrelated to the parties in this action.

Dated: February 13, 2025             GAVRILOV & BROOKS, PC


                                     By:  */s/ Justin C. Pfeiffer*
                                          OGNIAN GAVRILOV
                                          JUSTIN C. PFEIFFER
                                          MICHAEL H. RAICHELSON

                                          Attorneys for Plaintiff
                                          CYNTHIA MORENO

-2-

**PLAINTIFF'S NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, that the foregoing document and notice of opposition were served on all other counsel of record via CM/ECF.


Dated: February 13, 2026


*/s/ Justin C. Pfeiffer*

Justin C. Pfeiffer

**PLAINTIFF'S NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL**