MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

SCOTT M. MALZAHN, Bar No. 229204
smalzahn@waymakerlaw.com
KEVIN M. CASEY, Bar No. 338924
kcasey@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA  90071
Telephone:    424.652.7800
Facsimile:    424.652.7850

*Attorneys for Defendants ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS*

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTERT RIVAS, an individual sued only in his individual capacity; RICARDO D. "RICK" RIVAS, an individual; the CALIFORNIA STATE ASSEMBLY, a governmental entity of the State of California; and DOES ONE through TEN, INCLUSIVE,<br><br>    Defendants. | Case No. Case No. 2:25-cv-02866-DC-SCR<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Case No. 2:25-CV-02866-DC-SCR

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

152832880.1 0080652-00002

*Additional Counsel:*

RACHEL C. LEE, OSBN 102944 (admitted *pro hac vice*)
rachel.lee@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:     503.224.3380
Facsimile:      503.220.2480

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**NOTICE OF SUPPLEMENTAL
AUTHORITY**
152832880.1 0080652-00002

-2-

Case No. 2:25-CV-02866-DC-SCR

Speaker Robert Rivas and Mr. Rick Rivas ("the Rivas Defendants") file this Notice of Supplemental Authority to bring to the Court's attention one passage in the Magistrate Court's Order on the Motion to Stay Discovery (Dkt. 40, "the Stay Order"). *See* Loc. R. 230(m). This Notice of Supplemental Authority relates to the Rivas Defendants' pending Motion to Dismiss (Dkt. 8, the "Rivas Motion to Dismiss").

The Stay Order cites *Vierria v. Cal. Highway Patrol*, 644 F.Supp.2d 1219, 1236-37 (E.D. Cal. 2009), for the proposition that the caselaw might be unclear whether a RICO plaintiff may rely on a report to the California Highway Patrol's ("CHP") Internal Affairs unit to allege a violation of 18 U.S.C. § 1513. (*See* Stay Ord. at 11).

The Stay Order accurately characterizes the *Vierria* order that it cites. However, the Stay Order appears to have inadvertently overlooked that the *Vierria* court subsequently reconsidered its view of § 1513 and adopted the position the Rivas Defendants argue in their Motion to Dismiss:[1] a plaintiff who alleges that she was retaliated against after making a report only to a state officer does not allege a violation of § 1513. The *Vierra* court explained in a later order:

> ***Plaintiff in fact does not allege activities involving a law enforcement officer as defined by statute***. Rather, to establish her retaliation claim, plaintiff contends she was prevented from providing information to individuals working for CHP, which is not a branch of the federal government.

*Vierria v. California Highway Patrol*, No. CIV S-09-0305 KJM, 2011 WL 2971170, at *5 (E.D. Cal. July 20, 2011) (emphasis added).

The Rivas Defendants do not seek reconsideration of the Magistrate Court's Stay Order, but provide this additional context regarding *Vierria* in the event that the Court considers the Stay Order in deciding the Rivas Motion to Dismiss.

---

[1] (*See* Rivas Defendants' Mem. ISO MTD, Dkt. 8-1, at 16-19, 20-21; Rivas Defendants' Reply ISO MTD, Dkt. 30, at 4-6.)

DATED:  April 30, 2026

STOEL RIVES LLP


*/s/ Matthew D. Segal*

MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
RACHEL C. LEE, OSBN 102944 (*pro hac vice pending*)
rachel.lee@stoel.com
BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

WAYMAKER LLP

SCOTT M. MALZAHN, Bar No. 229204
KEVIN M. CASEY, Bar No. 338924
smalzahn@waymakerlaw.com


*Attorneys for Defendants*
*ROBERT RIVAS (erroneously sued as Robertert Rivas) and RICARDO D. ("RICK") RIVAS*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**NOTICE OF SUPPLEMENTAL AUTHORITY**

-4-

Case No. 2:25-CV-02866-DC-SCR

152832880.1 0080652-00002