Ognian Gavrilov (SBN 258583)
Michael S. Wilcox (SBN 215269)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Tel: (916) 504-0529
Fax: (916) 473-5870
Email: ognian@gavrilovlaw.com
Email: mwilcox@gavrilovlaw.com

Attorneys for Plaintiff,
Cynthia Moreno

Gavrilov & Brooks
2315 Capitol Avenue
Sacramento, CA 95816

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CYNTHIA MORENO,

Plaintiff,

v.

ROBERT RIVAS, an individual sued only in his individual capacity; RICARDO D. "RICK" RIVAS, an individual; and the CALIFORNIA STATE ASSEMBLY, a governmental entity of the State of California,

Defendants.

Case No. 2:25-cv-02866-DC-SCR

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEAE TAKE NOTICE that Michael H. Raichelson and Justin C. Pfeiffer are no longer with the law firm of Gavrilov & Brooks and should be removed as counsel of record for Plaintiff Cynthia Moreno. Plaintiff will continue to be represented by other counsel with Gavrilov & Brooks who have entered appearances in this case.

Dated: September 28, 2026

**GAVRILOV & BROOKS**

*/s/Michael S. Wilcox*
Ognian Gavrilov
Michael S. Wilcox
Attorneys for Plaintiff